**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**ELIJAH JACKSON, JR.,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**CASE NO. 5:17cv263-MCR-CJK**

**JULIE JONES, Secretary of the**
**Florida Department of Corrections,**

    **Defendant.**
**_____/**

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 18, 2017. ECF No. 3. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This action is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(g).

3. The clerk shall close the file.

**DONE AND ORDERED** this 16th day of November 2017.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**